**People of the State of Illinois, Plaintiff-Defendant in Error, v. Elmer L. Smith, Defendant-Plaintiff in Error.**

**Gen. No. 10,735. (Abstract of Decision.)**

Fourth District.

August 11, 1966.

Wal-
ter J. Simhauser, of Springfield, for plaintiff in error; Raymond
L. Terrell, State's Attorney, of Springfield (Richard A. Hollis and
Bruce I. Gordon, of counsel), for defendant in error. Opinion by
JUSTICE SMITH. Not to be published in full.